## THE CAPITAINE FAURE.*

(Circuit Court of Appeals, Second Circuit. February 20, 1925.)

No. 222.

Appeal from the District Court of the United States for the Eastern District of New York.

Davies, Auerbach & Cornell, of New York City (Chas. E. Hotchkiss and Alexander J. Feild, of New York City, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (William J. Dean and Roscoe H. Hupper, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (7 F.[2d] 131) affirmed with costs.